IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE D. METZ, II | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:22-cv-62-TFM-MU |
| | ) |
| OFFICER MILNE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION AND ORDER**

On July 19, 2022, the Magistrate Judge entered a Report and Recommendation which recommends the Defendants' Rule 12(b)(5) motion to dismiss for insufficient service of process be denied. *See* Doc. 20. No objections were filed.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Defendants' motion to dismiss for insufficient service of process (Doc. 12) is **DENIED**. Defendants shall file their answers pursuant to Fed. R. Civ. P. 12(a)(4)(A).

**DONE** and **ORDERED** this 16th day of August, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE