### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **GEORGE D. METZ, II,** | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) CIVIL ACTION No. |
| | ) 1:22-CV-00062-TFM-MU |
| **OFFICER MILNE and SGT. KELLY,** | ) |
| | ) |
| *Defendants*. | ) |

### DEFENDANTS' ASSESSMENT REGARDING SETTLEMENT/ADR

Pursuant to this Honorable Court's Rule 16(b) Scheduling Order (Doc. 18) and Modified Rule 16(b) Scheduling Order (Doc. 26), Defendants Sgt. Michael Kelley and Clarence Milne hereby submit the below assessment of the possibility of resolving the present dispute through recognized ADR procedure, stating as follows:

### ASSESSMENT AS TO SETTLEMENT/ADR

Presently, the Defendants believe there is little to no chance that this matter will be resolved via any recognized ADR procedure. The Defendants maintain that the Plaintiff's suit is frivolous, meritless, and a drain on judicial and local resources. The Defendants vehemently oppose the Plaintiff's allegations that they violated his rights in any form or fashion, and will be filing dispositive motions in the coming weeks. In sum, Defendants see little value in engaging in settlement negotiations.

Respectfully submitted,

*/s/ K. Bryant Hitson*
RICARDO A. WOODS
CHRISTINE N. BURNS
K. BRYANT HITSON

*Attorneys for Defendants Clarence Milne and Michael Kelley*

**BURR & FORMAN LLP**
11 N. Water Street, Suite 22200
Mobile, Alabama 36606
(251) 345-8200
rwoods@burr.com
cburns@burr.com
kbhitson@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2023, I served a copy of the foregoing upon *pro se* Plaintiff via electronic mail, as follows:

George D. Metz, II
4980 SE 140th Street
Summerfield, FL 34491
patriotdiscussions@gmail.com

*/s/ K. Bryant Hitson*
OF COUNSEL