IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE D. METZ, II, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| | ) 1:22-CV-00062-MU |
| OFFICER MILNE and SGT. KELLY, | ) |
| | ) |
| *Defendants*. | ) |

**NOTICE OF SERVICE OF DISCOVERY**

PLEASE TAKE NOTICE that, in the above-stated cause pending in the U.S. District Court for the Southern District of Alabama, discovery was served as follows:

1. A complete but unverified copy of Defendant Officer Milne's Responses to Plaintiff's First Set of Interrogatories and Requests for Production was served on Plaintiff Metz via email on November 22, 2023;

2. Defendant Milne signed his discovery responses on December 1, 2022;

3. A complete but unverified paper copy of Defendant Officer Milne's Responses to Plaintiff's First Set of Interrogatories and Requests for Production was given to Plaintiff Metz prior to his deposing Defendant Milne on December 2, 2022;

4. A complete but unverified copy of Defendant Sgt. Kelley's Responses to Plaintiff's First Set of Interrogatories and Requests for Production was served on Plaintiff Metz via email on November 22, 2023;

5. Defendant Kelley signed his discovery responses on December 1, 2022;

6. A complete but unverified paper copy of Defendant Sgt. Kelley's Responses to Plaintiff's First Set of Interrogatories and Requests for Production was given to Plaintiff Metz prior to his deposing Defendant Kelley on December 2, 2022;

7. On March 28, 2023, counsel for Defendants Milne and Kelley realized the verification pages of both Defendants' discovery responses had not been provided to Plaintiff Metz. Complete copies of Defendant Milne and Defendant Kelley's verified discovery responses were served on Plaintiff Metz via email on March 28, 2023.

Respectfully submitted,

*s/ K. Bryant Hitson*
RICARDO A. WOODS
CHRISTINE N. BURNS
K. BRYANT HITSON

*Attorneys for Defendants Clarence Milne and Michael Kelley*

**OF COUNSEL:**
**BURR & FORMAN LLP**
11 N. Water Street, Suite 22200
Mobile, AL 36602
Telephone: (251) 344-5151
Facsimile: (251) 344-9696
Email: rwoods@burr.com
         cburns@burr.com
         kbhitson@burr.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on March 28, 2023 served a copy of the foregoing pleading on all counsel of record by Electronic Filing or, if the party served does not participate in Electronic Filing by U.S. First Class Mail, fax or e-mail:

George D. Metz, II
4980 SE 140th Street
Summerfield, FL 34491
patriotdiscussions@gmail.com
*Pro Se Plaintiff*

*s/ K. Bryant Hitson*
OF COUNSEL