FILED MAY 2 '23 PM 1:42 USDCALS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DISTRICT

GEORGE D. METZ II

Civil Case No. 22-CV-00062-TFM-MU

Plaintiff,

vs.

OFFICER MILNE and SGT. KELLEY,
Defendants.

## PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56

COME NOW, Plaintiff George D. Metz, by and through himself as Pro Se, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, move this honorable Court for an order denying summary judgment as to all claims stated against the Defendants. As to these claims, there is a genuine issue of material fact and the Defendants are not entitled to judgment as a matter of law. In support of my opposition, the Plaintiff submits the following Memorandum of Law incorporated infra, as well as evidentiary materials incorporated into and attached contemporaneously herewith. For all the reasons set forth below, summary judgment should be denied.

### MEMORANDUM OF LAW

The present matter before the court is a legitimate violation of my rights. The defense's whole case hinges on me being on the Coast Guard property, which i clearly was not. In my first exhibit(ex 1)is a picture of the property tax lines as seen on the government website. As we notice the Coast Guard base in shaded pink, we see the right of way in gray. While some of the right of way is within the

the tax property line, there is a small sliver of it outside the property line as seen by the gate/road.

Defense has presented no evidence that I was on their property, nor can they produce any.

Not withstanding societies basic understanding of the public right of way is hundreds of years old.

Just off the top of my head i can recall that most two lane county roads in north america are four

rod roads, each rod being 16.5 feet, meaning a public right of way between 60-66 feet. By Statute

Ala. Code 45-49-181.10 (exhibit 2) the public right of way is minimum 60 feet in width.  Along with

Ala Code 32-5A-215(c) (exhibit 3) which states I was exactly where I should of been. Officer Milne

was kind enough to admit that I could walk down the right of way (7:31 defendents exhibit 2).  It

boogles my mind that they said Sgt. Kelley could easily determine by his experience and

visual evidence to be a utility easement in order to continue his filming of the base. (See Ex. 1 at 199).

All the while ignoring the utility easement I was standing by near the gate which they admit as well,

*"a position next to a light pole on the north side of the entrance"(defendents MSJ pg 7)*

As seen in this overhead google picture (exhibit 4), there was no where else i could have been on that

right of way. Defendents motion must fail because his clients had no reseaonable suspsion that I

was involved in any criminal activity and demanding ID/leaving under those circumstances would be

unreasonable. At the begining i told them i was performing a constitutional protected activity in a

place I was lawfully allowed to be. They willfully violated my rights even after being informed of

those rights. For those reasons their motion should be denied in full.

George D Metz II Pro Se
4980 S.E. 140th street
Summerfield FL 34491
352-446-8145
patriotdiscussions@gmail.com

## CERTIFICATE OF SERVICE

I hearby certify that on this the 30th day of April 2023, I have overnighted  copies of this response

to the Clerk of the Court and to the following:

BURR & FORMAN LLP
11 N. Water Street, Suite 22200
Mobile, Alabama 36606
(251) 345-8200
rwoods@burr.com
cburns@burr.com
kbhitson@burr.com

**/s/ George D. Metz II**
Pro Se





Section 45-49-181.10

**Right-of-way.**

The alignment of the centerline of the proposed right-of-way will follow as closely as feasible the existing centerline of the existing roadway except where such alignment would not comply with accepted design criteria or compromise the safety of the traveling public. The right-of-way shall be a minimum of 60-feet in width.

*(Act 2019-307, § 12.)*



JUSTIA US Law

Search          Log In   Sign Up

# 2006 Alabama Code - Section 32-5A-215 — Pedestrians on roadways.

(a) Where a sidewalk is provided and its use is practicable, it shall be unlawful for any pedestrian to walk along and upon an adjacent roadway.

(b) Where a sidewalk is not available, any pedestrian walking along and upon a highway shall walk only on a shoulder, as far as practicable from the edge of the roadway.

(c) Where neither a sidewalk nor a shoulder is available any pedestrian walking along and upon a highway shall walk as near as practicable to an outside edge of the roadway, and if on a two-way roadway, shall walk only on the left side of the roadway.

(d) Except as otherwise provided in this chapter, any pedestrian upon a roadway shall yield the right-of-way to all vehicles upon the roadway.

*(Acts 1980, No. 80-434, p. 604, §5-106.)*

JUSTIA Connect

Take Your Membership

Learn More

## Free Daily Summaries in Your Inbox

Sign up for our free summaries and get the latest delivered directly to you.

## Our Suggestions:







PRESS FIRMLY TO SEAL

UNITED STATES
POSTAL SERVICE

IDC 07

36602

Mr     1 23
AMOUNT
**$28.75**
R2305E123984-08

# PRIORITY
# MAIL
# EXPRESS®

205

## FLAT RATE
## ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



This package is made from post-consumer waste. **Please recycle - again.**

---



UNITED STATES
POSTAL SERVICE®

PRIORITY
MAIL
EXPRESS®

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)     PHONE( 552 ) 446-8145

George Metz
4980 SE 140th St
Summerfield FL
          34491

**DELIVERY OPTIONS (Customer Use Only)**

☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)     PHONE ( )

Clerk of courts
155 Saint Joseph St
Mobile AL
ZIP + 4® (U.S. ADDRESSES ONLY)
3 6 6 0 2

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.


**PEEL FROM THIS CORNER**



EI 573 463 175 US

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.     Federal Agency Acct. No. or Postal Service™ Acct. No.



| ORIGIN (POSTAL SERVICE USE ONLY) | | | |
|---|---|---|---|
| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
| PO ZIP Code **34492** | Scheduled Delivery Date (MM/DD/YY) **5 2 23** | Postage $ | |
| Date Accepted (MM/DD/YY) **5 1 23** | Scheduled Delivery Time ☐ 12:00 PM ☐ 3:00 PM | Insurance Fee $ | COD Fee $ |
| Time Accepted **3:00** ☐ AM ☒ PM | | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees | |
| Weight lbs. ozs. | ☒ Flat Rate | Acceptance Employee Initials **SC** | $ **2875** |

| DELIVERY (POSTAL SERVICE USE ONLY) | | | |
|---|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature | |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature | |

LABEL 11-B, MAY 2021     PSN 7690-02-000-9996