IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE METZ, II, | ) |
|    Plaintiff, | ) |
| v. | ) CIV. A. NO. 22-0062-MU |
| OFFICER MILNE, *et al.*, | ) |
|    Defendants. | ) |

## JUDGMENT

In conjunction with the Order issued on this date, it is **ORDERED, ADJUDGED** and **DECREED** that Judgment is entered against Plaintiff George Metz, II, and in favor of Defendants Clarence Milne and Sergeant Michael Kelley. It is further **ORDERED** that all of Plaintiff's claims against Defendants Milne and Kelley are **DISMISSED with prejudice.**

**DONE** and **ORDERED** this **8th** day of **August, 2023**.

/s/ P. Bradley Murray
**UNITED STATES MAGISTRATE JUDGE**