# UNITED STATES DISTRICT COURT
## ALABAMA MIDDLE DISTRICT
___ SOUTHERN _____ **_ DIVISION**

GEORGE D. METZ II  PRO SE          )

_____    )

    **Plaintiff(s)**                )

              )

       v.                      )          Case No. 22-0062-MU

              )

OFFICER MILNE                      )

SGT KELLY                          )

    **Defendant(s)**               )

## NOTICE OF APPEAL

Comes now, GEORGE D. METZ II  PRO SE _____, the:

[✓] Plaintiff(s) [ ] Defendant(s) in the above-styled case, who hereby appeal(s) to the

United States Court of Appeals for the Eleventh Circuit the following:

[ ] the final judgment entered on the _____ day of _____, _____

[✓] an order entered on the 8TH_____ day of August_____, 2023.

_____
Signature

Printed Name  GEORGE D. METZ II  PRO SE

Address  4980 SE 140th st

Summerfield FL 34491

FILED SEP 7 '23 PM 1:08 USDCALS

**PRESS FIRMLY TO SEAL**

 

**PRESS FIRMLY TO SEAL**

# IORITY
# MAIL
# PRESS®

## AT RATE
## VELOPE
**ATE ■ ANY WEIGHT**

hedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

PS10001000006

EP13F July 2022

*Retail*



**U.S. POSTAGE PAID**
PME 2-Day
SUMMERFIELD, FL 34491
SEP 05, 2023

36602

**$28.75**

RDC 07

R2305P151707-03



EI 289 481 981 US

---

**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL EXPRESS®**

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)  PHONE (352) 446-8145

George Metz
4980 SE 140th St
Summerfield FL 34491

**DELIVERY OPTIONS (Customer Use Only)**
☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
  *Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)  PHONE ( )

Clerk of courts
155 Saint Josephs
mobile AL
ZIP + 4® (U.S. ADDRESSES ONLY)
36602-

SEP 0 5 2023
SUMMERFIELD FL 34491 USPS

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

 ← **PEEL FROM THIS CORNER**

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 34491 | 9/7/23 | $28.75 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 9/5/23 | ☐ 12:00 PM | $ | $ |

| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 408 | ☐ AM ☐ PM | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | $28.75 |

| Weight | Flat Rate | Acceptance Employee Initials |
|---|---|---|
| lbs. ozs. | ☒ | DH |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | | Employee Signature |
|---|---|---|---|
| 9/7/2 | 3:22 | ☐ AM ☐ PM | J.Wise |

| Delivery Attempt (MM/DD/YY) | Time | | Employee Signature |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021  PSN 7690-02-000-9996

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.

 

**UNITED STATES POSTAL SERVICE**